UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cr-14019-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER FABRISIO JAMENEZ,

    Defendant.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S SEALED REPORT AND RECOMMENDATION

This matter comes before the Court upon a Sealed Report and Recommendation by Magistrate Judge Shaniek M. Maynard, in which she recommends that the Court accept the Psychological Competency Evaluation of Defendant from Dr. van der Walt dated February 17, 2021, adopt the findings set forth therein, and find Defendant competent to proceed with this case. DE 84. No objections to the Report and Recommendation have been filed. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises. The Court finds Judge Maynard's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Shaniek M. Maynard's Sealed Report and Recommendation [DE 84] is **ADOPTED**.

2. The Psychological Competency Evaluation of Defendant from Dr. van der Walt dated February 17, 2021, is **ACCEPTED**, and the findings set forth therein are **ADOPTED**.

3. The Court finds Defendant competent to proceed with this case.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of April, 2020.

                                                  ROBIN L. ROSENBERG
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record